## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM LABONTE,                )
                           )
    Plaintiff,    )   Civil Action No.  2:23-cv-00411
                           )
    v.            )   Magistrate Judge Lisa Pupo Lenihan
                           )
SCOTT S. HARRIS, et al,         )
                           )
    Defendants.   )

## <u>ORDER</u>

The plaintiff in this matter has forwarded to the Court a complaint without a filing fee or the forms required to proceed <u>in forma pauperis</u> in a civil rights case.  This action may not proceed unless the Plaintiff either,

1)    tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $402.00, or,

2)    files a properly completed application to proceed in forma pauperis. An application to proceed <u>in forma pauperis</u> form is enclosed.

Therefore,

**IT IS ORDERED** this 30th day of June, 2023, that the Clerk of Court is to mark this case **CLOSED**.

**IT IS FURTHER ORDERED** that the plaintiff may submit a motion to proceed in forma pauperis and, if that motion is granted, the case will be reopened.

**IT IS FURTHER ORDERED** that the plaintiff may reopen the case by paying the $402.00 filing fee.

**AND IT IS FURTHER ORDERED** that the parties are allowed fourteen (14) days from this date to appeal this order to a district judge pursuant to Local Rule 72.C.2.  Failure to appeal within fourteen (14) days may constitute waiver of the right to appeal.


/s/Lisa Pupo Lenihan_____
Lisa Pupo Lenihan
United States Magistrate Judge



cc:    William Labonte
       436 Taffy Run Rd.
       Rochester, PA  15074